# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2023

## NO. 03-21-00564-CV

**Keith Volk, Appellant**

**v.**

**Coryell County Sheriff's Office, Appellee**

### APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### REMANDED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on October 4, 2021. The parties have announced they have resolved their dispute. Consistent with that resolution, we set aside the trial court's judgment without regard to the merits and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. The parties shall bear their own costs relating to this appeal, both in this Court and in the court below.